FILED'08 JUN 30 09:48usdc-orm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JAMES ROBERT WARREN, | |
| Petitioner, | Civ. No. 07-238-CL |
| v. | |
| DON MILLS, | **ORDER** |
| Respondent. | |

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

1 - ORDER

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#24) is adopted. The Petition for Writ of Habeas Corpus (#1) is denied as time-barred.

IT IS SO ORDERED.

DATED this 30 day of June, 2008.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER